IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quant Frank Cout Scott SL, et al.,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>Unknown Party,<br><br>　　　　　　Defendant. | No. CV-24-00477-PHX-SPL<br><br>**ORDER** |

　　　　On March 6, 2024, Plaintiff filed an *Ex Parte* Emergency Motion for Temporary Restraining Order ("TRO") and request for Preliminary Injunction. (Doc. 2). On March 7, 2024, the Court granted Plaintiff's motion for TRO, and set a briefing and hearing schedule on the request for Preliminary Injunction. (Doc. 14). On March 8, 2024, Plaintiff notified the Court that it provided Defendants with notice of this matter, including the briefing and hearing schedule. (Doc. 16). Furthermore, it appears that Defendant does in fact have notice of this action as the alleged infringing domain name has changed from "LancherLeaks.com" to "LauncherLeaks.net" in response to "being involved in [a] legal proceeding. . ." (Doc. 20-1 at 2). Per the Court's Order, Defendant's response brief was due March 12, 2024, Plaintiff's reply was due March 15, 2024, and a preliminary injunction hearing was set for March 20, 2024. (Doc. 14). The Court deems Defendant's non-response as a waiver of any dispute, and consent to the granting of the Motion. LRCiv 7.2(i). Moreover, the Court finds preliminary injunctive relief is warranted for the reasons stated its March 7, 2024, Order. (Doc. 14).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. 2) is **granted**. The TRO entered by the Court on March 7, 2024 (Doc. 14) is converted to a preliminary injunction and shall remain in effect during the pendency of this case, unless otherwise ordered.

**IT IS FURTHER ORDERED** that the preliminary injunction hearing set for March 20, 2024 is **vacated**.

Dated this 14th day of March, 2024.

Honorable Steven P. Logan
United States District Judge